| | | | |
|---|---|---|---|
| Cosgrove v. Manor Care Lancaster ..... | 761 MDA 2014 Reversed and Remanded | 02/13/2017 | 12–11713 (Lancaster) |
| Collins v. Manor Care Lancaster ....... | 762 MDA 2014 Reversed and Remanded | 02/13/2017 | 12–15908 (Lancaster) |
| Com. v. Haughwout ................... | 2257 MDA 2015 Vacated and Remanded | 02/13/2017 | CP–40–CR–0001537–2014 CP–40–CR–0003790–2013 (Luzerne) |
| Com. v. Bates........................ | 291 MDA 2016 Affirmed, Vacated and Remanded | 02/13/2017 | CP–38–CR–0001906–2014 (Lebanon) |
| Saterstad v. Lock [10] .................. | 337 MDA 2016 Affirmed | 02/13/2017 | 2006–CV–4989–CV (Dauphin) |
| Com. v. Li .......................... | 612 MDA 2016 Affirmed | 02/13/2017 | CP–67–MD–0000468–2016 (York) |
| Com. v. Wallace .................... | 1160 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/13/2017 | CP–35–CR–0001275–2015 (Lackawanna) |
| Brennfleck v. Lang ................... | 1864 WDA 2015 Affirmed | 02/13/2017 | AR 14–3127 (Allegheny) |
| Com. v. Shields ..................... | 2005 WDA 2015 Affirmed | 02/13/2017 | CP–02–CR–0003007–2009 (Allegheny) |
| Com. v. Stevick ..................... | 231 WDA 2016 Affirmed | 02/13/2017 | CP–02–CR–0004776–2012 (Allegheny) |
| Wiler v. Maggio ..................... | 452 WDA 2016 Affirmed | 02/13/2017 | Civil No. 12230–2012 (Erie) |
| A.L.–S. v. B.S. ...................... | 532 WDA 2016 Affirmed | 02/13/2017 | Case No. 10487 of 2014, C.A. (Lawrence) |
| Pennsylvania General Energy Co. v. Hershey .......................... | 908 WDA 2016 Affirmed | 02/13/2017 | 2015–135 (Potter) |
| Com. v. Naill ....................... | 916 WDA 2016 Affirmed | 02/13/2017 | CP–56–CR–0000343–2015 (Somerset) |
| In the Interest of A.M.M.F.; Appeal of S.F............................... | 1512 WDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/13/2017 | No. 24 in Adoption 2016 (Erie) |

10. Petition for reargument denied April 28, 2017.